# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00305-CR

**Alan D. Peeks, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-10-203505, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Alan D. Peeks seeks to appeal an agreed order adjudging him incompetent to stand trial on a motion to revoke community supervision. The pro se notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. The record also reflects that the motion to revoke has been dismissed. *See* Tex. Code Crim. Proc. Ann. art. 46B.078 (West Supp. 2010).

The appeal is dismissed.

J. Woodfin Jones, Chief Justice

Before Chief Justices Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: June 9, 2011

Do Not Publish